USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,          **17-CV-7150 (WHP) (KHP)**

       -against-                            **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The status conference in this matter currently scheduled for December 16, 2019 at 3:30 p.m. is hereby adjourned to earlier that day, **December 16, 2019 at 2:00 p.m.**

       **SO ORDERED.**

DATED:     New York, New York
               December 10, 2019

                                                      */s/ Katharine H. Parker*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge