**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                        Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

17-CV-7150 (WHP) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 16, 2019, the parties appeared for a case management conference. As discussed on the record, the following order is entered:

**Prevalence Sample.** The deadline for the City to complete its review of a prevalence sample is extended to **December 30, 2019**.

**Adjournment.** The conference currently scheduled for January 21, 2020 is hereby adjourned.

**FERPA Compliance.** The parties are directed to meet and confer regarding the FERPA op-out process discussed during today's conference. The parties shall file a letter by **January 10, 2020** to update the Court as to the parties' positions.

**SO ORDERED.**

DATED:      New York, New York
            December 16, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge