UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,

                -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

-----------------------------------------------------------------X

**17-CV-7150 (WHP) (KHP)**

**ORDER RESCHEDULING STATUS CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The settlement conference currently scheduled for January 22, 2020 is hereby converted to a status conference on **January 22, 2020 at 10:00 a.m.** A new date for a settlement conference will be discussed during the status conference.

        **SO ORDERED.**

DATED:      New York, New York
                  January 21, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge