**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                               Plaintiffs,                  **17-CV-7150 (WHP) (KHP)**

         -against-                                               **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 22, 2020, the parties appeared for a status conference. As discussed during the conference, following order is entered:

**Settlement Conference.** A settlement conference in this matter is scheduled for **February 25, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Any *ex parte* settlement submissions must be submitted to the Court via email no later than **February 20, 2020 at 5:00 p.m.** The Court also will address discovery issues at this conference to the extent the case is not resolved.

**Document Production.** The City's rolling production will begin by no later than **March 6, 2020**. The City is directed to file a monthly privilege log beginning on **April 10, 2020**. To the extent that deliberative process privilege is asserted, the City shall set forth why the balance of *Rodriguez* factors weighs in favor of the privilege assertion. *See Rodriguez v. Pataki*, 280 F. Supp. 2d 89, (S.D.N.Y. 2003).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/20

**February Conference.** The status conference currently scheduled for February 24, 2020 is hereby adjourned.

**SO ORDERED.**

DATED:   New York, New York
         January 22, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge