USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:\_\_03/11/2020\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                    Plaintiffs,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

-----------------------------------------------------------------X

17-CV-7150 (WHP) (KHP)

**ORDER CONVERTING STATUS CONFERENCE TO TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Status Conference in this matter scheduled for **Tuesday, March 16, 2020 at 3:30 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

       **SO ORDERED.**

DATED:     New York, New York
              March 11, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge