```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                        Plaintiffs,          17-CV-7150 (WHP) (KHP)

      -against-          **TELEPHONE STATUS CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A telephonic Status Conference in this matter is hereby scheduled for **Tuesday, August 4, 2020 at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

     SO ORDERED.

DATED:     New York, New York
               July 22, 2020

                                                   _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge