```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                         Plaintiffs,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                         Defendants.

-----------------------------------------------------------------X

17-CV-7150 (WHP) (KHP)

**TELEPHONE STATUS CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Status Conference in this matter is hereby scheduled for **Thursday, September 10, 2020 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

DATED:     New York, New York
                August 4, 2020

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge