

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2020

**MEMO ENDORSED**

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-356-0891
email: arauchbe@law.nyc.gov

November 4, 2020

**BY ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re: *J.L. et al. v. N.Y. City Dep't of Educ., et al.*
> 17 CV 7150 (WHP) (KHP)

Dear Judge Parker,

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the Defendants in the case referenced above.  I write to respectfully request a short extension of the settlement conference currently scheduled Friday, November 6, 2020.

      Defendants must request this adjournment because the medical professionals from the Office of School Health now have conflicts at the scheduled time.  Due to increased demands connected to the Covid-19 pandemic, School Health doctors are presently rotating into the Covid Response Situation Room (a multi-agency effort to respond to cases of Covid-19 in the schools), and for this reason none are now available on Friday morning.  Also, the Department's principal liaison has a conflict at that time in connection with a family medical emergency that only recently came to light.  Defendants thus respectfully request that the Court adjourn the conference to a latter date.  I further respectfully request that the Court allow Defendants to suggest potential new dates to the Court that are convenient for the parties no later than Friday, November 6, 2020.  Defendants have not yet identified dates that work for the necessary participants, but did not want to wait any longer to file this request (particularly in light of the provision in the Court's Individual Practices in Civil Cases that provides such requests must be made 48 hours prior to the conference – in that regard, I apologize for the timing of this letter and any resulting inconvenience).  Defendants also respectfully request a corresponding adjournment for the deadline to submit a preconference letter.

**The settlement conference in this matter previously scheduled for Friday, November 6, 2020 at 10:00 a.m. is hereby rescheduled to <u>Friday, November 20, 2020 at 10:00 a.m.</u>  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>November 13, 2020 by 5:00 p.m.</u>**

SO ORDERED:

*[signature]*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**11/06/2020**