**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                               Plaintiffs,

                 -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                          Defendants.

-----------------------------------------------------------------X

**17-CV-7150 (WHP) (KHP)**

**SETTLEMENT CONFERENCE**
**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A telephonic settlement conference in this matter is scheduled for **Tuesday, January 5, 2021 at 2:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Updated settlement submissions must be received by the Court no later than **December 29, 2020 by 5:00 p.m.**

        SO ORDERED.

DATED:     New York, New York
            November 30, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  __11/30/2020__