USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                 Plaintiffs,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                               Defendants.

----------------------------------------------------------------X

**17-CV-7150 (WHP) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates.  **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference.  The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times.  **Please dial (866) 434-5269 Code: 4858267.**

    **Wednesday, March 10, 2021 at 12:00 p.m.**

    **Thursday, April 1, 2021 at 11:00 a.m.**

    **Monday, May 10, 2021 at 10:00 a.m.**

    **Wednesday, June 2, 2021 at 10:00 a.m.**

    **Thursday, July 1, 2021 at 12:00 p.m.**

    **Wednesday, August 4, 2021 at 10:00 a.m.**

    **Thursday, September 2, 2021 at 12:00 p.m.**

    **Thursday, October 14, 2021 at 12:00 p.m.**

**Thursday, November 4, 2021 at 12:00 p.m.**

**Thursday, December 2, 2021 at 12:00 p.m.**

SO ORDERED.

DATED:   New York, New York
         February 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge