USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,                        17-CV-7150 (WHP) (KHP)

        -against-                                      **SETTLEMENT CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A telephonic settlement conference in this matter is scheduled for **Friday, April 16, 2021 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Updated settlement submissions must be received by the Court no later than **April 9, 2021 by 5:00 p.m.**

       SO ORDERED.

DATED:      New York, New York
                  March 10, 2021

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge