```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                           Plaintiffs,

                 -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                           Defendants.

-----------------------------------------------------------------X

17-CV-7150 (WHP) (KHP)

**SETTLEMENT CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is scheduled for **Monday, July 12, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Updated settlement submissions must be received by the Court no later than **July 6, 2021 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
               April 19, 2021

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge