UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.

-----------------------------------------------------------------X

17-CV-7150 (WHP) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic case management conference was held on July 1, 2021 at 12:00 p.m. whereby the Court ordered that the parties meet and confer regarding the specificity and precision needed for the 30(b)(6) depositions topics, and if my intervention is needed please let me know no later than July 15, 2021. Additionally, a settlement conference is currently scheduled for July 12, 2021 at 10:00 a.m., with settlement submissions due by Friday, July 9, 2021.

        **SO ORDERED.**

DATED:    New York, New York
               July 1, 2021

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021