USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                       Plaintiffs,      **17-CV-7150 (JPC) (KHP)**

    -against-      **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic case management conference was held on August 4, 2021 at 10:00 a.m. as discussed at the conference, Plaintiff shall identify a sample of 25 documents redacted for attorney-client privilege and for which they contest the privilege assertion by **Friday, August 20, 2021**.  Defendants are ordered to review their privilege assertion and submit the documents for in camera review together with a privilege log by **Tuesday, September 14, 2021**.  Plaintiffs submit a letter to the Court in opposition to Defendant's claims of privilege by **Friday, September 17, 2021**.   By **August 20,2021**, Plaintiffs also shall identify 25 documents withheld from production on the ground of deliberative process privilege for the Court's in camera review.  Defendants are ordered to review their privilege assertion and submit the documents for in camera review together with a privilege log by **Tuesday, September 14, 2021**.  Plaintiffs submit a letter to the Court in opposition to Defendant's claims of privilege by **Friday, September 17, 2021.**

      Fact and expert deadlines are extended to **January 14, 2022**.

Defendant shall provide the name of anticipated witnesses in response to Plaintiff's 30(b)(6) deposition notice by **Friday, August 6, 2021**.

Lastly, the case management conference is scheduled for September 2, 2021 at 12:00 p.m. is rescheduled to **September 9, 2021 at 4:00 p.m**.  The parties shall dial Judge Parker's ATT line for the call.

**SO ORDERED.**

DATED:    New York, New York
          August 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge