```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                               Plaintiffs,             17-CV-7150 (PAC) (KHP)

        -against-                            **SETTLEMENT CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                               Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is scheduled for **Monday, March 28, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Updated settlement submissions must be received by the Court no later than **March 21, 2022 by 5:00 p.m.**

       SO ORDERED.

DATED:     New York, New York
               January 19, 2022

                                                                 _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge