```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                          Plaintiffs,                         17-CV-7150 (PAC) (KHP)

      -against-                                       **ORDER SCHEDULING SETTLEMENT
CONFERENCE**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                          Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is hereby scheduled for **Wednesday, May 18, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Updated settlement submissions must be received by the Court no later than **May 11, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:     New York, New York
                March 28, 2022

                                                    *Katharine H Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge