

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2022

**MEMO ENDORSED**

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

April 5, 2022

**BY ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *J.L., et al. v. NYC Dep't of Education, et ano.*,
No. 17-CV-7150 (PAC) (KHP)

Your Honor:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendants New York City Department of Education ("DOE") and DOE Chancellor David C. Banks in the above-referenced matter, in which Plaintiffs, the parents of three students, allege that their rights were violated due to alleged systemic delays in providing their children coordinated nursing, transportation, and porter services.

I write to respectfully request an adjournment of the Case Management Conference scheduled for April 7, 2022, at 10:00 a.m. The reason for the requested adjournment is due to childcare coverage issues I have that day. Accordingly, Defendants respectfully request that the Court grant an adjournment of the April 7, 2022 conference until either April 13, 2022, from 10:00 a.m. through 2:00 p.m., or April 14, 2022, from 10:00 a.m. until 1:00 p.m., or from 3:00 p.m. until 4:00 p.m., should those dates and times work for the Court. Counsel for Plaintiffs do not object to this request and are available during the aforementioned dates and times. This is the first request for an adjournment of the conference.

**APPLICATION GRANTED.** The Case Management Conference scheduled for Thursday, April 7, 2022 at 10:00 a.m. is hereby rescheduled to Thursday, April 14, 2022 at 11:30 a.m. The parties are directed to call into Judge Parker's AT&T line for the call. **Please dial (866)434-5269, access code: 4858267.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
04/06/2022

I thank the Court for its consideration of the within request.

Respectfully submitted,

_____s/_____
Philip S. Frank
Assistant Corporation Counsel

cc: All counsel (via ECF)