UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                      Plaintiffs,    17-CV-7150 (JPC) (KHP)

       -against-    **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Expert discovery is stayed until after a ruling on the anticipated motion for summary judgment. The parties shall conduct and complete expert discovery within ninety days after a ruling on the anticipated motion on summary judgment.

    SO ORDERED.

DATED:   New York, New York
          April 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge