USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

----------------------------------------------------------------X

17-CV-7150 (PAC) (KHP)

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Settlement Conference in this matter scheduled for **Wednesday, May 18, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

       SO ORDERED.

DATED:      New York, New York
               May 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge