USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/17/2022



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

May 16, 2022

**BY ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/17/2022

Re: *J.L., et al. v. NYC Dep't of Education, et ano.*,
No. 17-CV-7150 (PAC) (KHP)

Your Honor:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendants New York City Department of Education (DOE) and DOE Chancellor David C. Banks in the above-referenced matter, in which Plaintiffs, the parents of three students, allege that their rights were violated due to alleged systemic delays in providing their children coordinated nursing, transportation, and porter services.

I write to respectfully request an adjournment of the settlement conference currently scheduled for Wednesday, May 18, 2022, at 10:00 a.m., and a corresponding adjournment of the parties' settlement submissions due with the Court today.

The reason for the requested enlargement is that I have been out sick this past week as my entire family and I have gotten COVID-19, and one family member has recently developed serious complications as a result of COVID.

Counsel for Plaintiffs consents to this request, and this is the first request for an adjournment of the settlement conference.  The parties intend to propose alternative dates for the conference to the Court by the end of next week.

I thank the Court for its consideration of the within request.

Respectfully submitted,

s/
Philip S. Frank
Assistant Corporation Counsel

cc:    All counsel (via ECF)