USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
J.L., on behalf of J.P., et al.,

                              Plaintiffs,                      **17-CV-7150 (PAC) (KHP)**

          -against-                                          **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the June 17, 2022 Case Management Conference:

By July 1, 2022, Defendant shall respond to Plaintiff's request to explain why certain documents have been withheld as privileged.

Additionally, by July 1, 2022, the parties shall confer on a proposed briefing schedule on a motion for summary judgment and any cross-motions, and shall file a letter on ECF stating the proposed briefing schedule.

    **SO ORDERED.**

DATED:    New York, New York
                June 17, 2022

                                                      _/s/ Katharine H. Parker_
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge