**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                      Plaintiffs,              **17-CV-7150 (PAC) (KHP)**

      -against-                                **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the July 14, 2022 Case Management Conference:

The parties shall file a joint status letter on **Monday, August 15, 2022** of no more than three pages to update the Court on the status of discovery. If discovery issues arise that cannot be resolved through meet-and-confers, the parties should note those issues in the status letter.

The Court adopts the parties' proposed briefing schedule on their motion for summary judgment on the issue of liability: the parties will finalize a joint 56.1 statement by **Friday, September 23, 2022**; Plaintiffs will file a moving brief by **Friday, October 14, 2022**; Defendants will file a response and any cross-motions by **Monday, November 14, 2022**; Plaintiffs will file a reply and any response to any cross-motions by **Monday, December 5, 2022**, and Defendants will file any reply to any response to any cross-motions by **Friday, December 23, 2022**. The joint 56.1 statement does not preclude a short, supplemental 56.1 statement by either party.

      SO ORDERED.

DATED:      New York, New York
                 July 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

2