USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                      Plaintiffs,                  17-CV-7150 (PAC) (KHP)

          -against-                                    **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 14, 2022, the Court directed the parties to file a joint status letter by Monday, August 15, 2022, updating the Court on the status of discovery. (ECF No. 225.) No such letter has been filed. As such, the Court directs the parties to file a joint status letter by Monday, August 22, 2022, updating the Court on the status of discovery.

      SO ORDERED.

DATED:     New York, New York
                August 17, 2022

                                                _Katharine H Parker_____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge