USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                    Plaintiffs,         17-CV-7150 (JPC) (KHP)

          -against-                            **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                   Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **Friday, October 7, 2022,** Defendants shall submit *in camera* the 18 documents referenced in the parties' letters at ECF Nos. 227 and 229, in the event the dispute regarding the designation of these documents as privileged remains unresolved.

        SO ORDERED.

DATED:    New York, New York
               September 30, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge