USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

-----------------------------------------------------------------X

**17-CV-7150 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **Tuesday, December 6, 2022,** Defendants shall submit *in camera* a document containing the privilege log entries for the 18 documents referenced in the parties' letters at ECF Nos. 227 and 229.

     **SO ORDERED.**

DATED:    New York, New York
               November 30, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge