USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                       Plaintiffs,

    -against-                             **17-CV-7150 (PAC) (KHP)**
                                                       **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                       Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge.**

Fact discovery in this action has closed and expert discovery was stayed pending a Motion for Summary Judgment on the issue of liability, however no such motion was filed. By **Monday, March 27, 2023**, the parties shall file a joint status letter advising the Court of how they would like to proceed in this action, such as by setting a new briefing schedule for the Motion for Summary Judgment; by proceeding with expert discovery; by scheduling another settlement conference; or some other course of action.

        SO ORDERED.

DATED:      New York, New York
                 March 21, 2023

                                                          *Katharine H Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge