UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,

          -against-                               17-CV-7150 (PAC) (KHP)

NEW YORK CITY DEPARTMENT OF                         ORDER
EDUCATION, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court requests that the parties submit a letter to the Court setting forth how, if at all, the July 19, 2023 order issued by the Hon. Loretta A. Preska in *L.V. v. New York City Department of Education*, 03-cv-9917, at ECF No. 328, impacts this case and any issues to be resolved on summary judgment. Such letter shall be filed by August 15, 2023.

      SO ORDERED.

DATED:    New York, New York
               July 24, 2023

                                                          *Katharine H. Parker*
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge