```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-----------------------------------------------------------------X

**17-CV-7150 (PAC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court thanks the parties for their letters at ECF Nos. 278 and 279.  There is no change to the briefing schedule for the motions for summary judgment.  The court looks forward to an update from the Department of Education at the October 18, 2023 settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
                August 16, 2023

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge