

```
                                                              ┌─────────────────────────────┐
                                                              │ USDC SDNY                   │
                                                              │ DOCUMENT                    │
                                                              │ ELECTRONICALLY FILED        │
                                                              │ DOC #:_____│
                                                              │ DATE FILED: 10/10/2023      │
                                                              └─────────────────────────────┘
```

THE CITY OF NEW YORK

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

October 10, 2023

**By ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

10/10/2023

Re: *J.L., et al. v. NYC Dep't of Education, et ano.*,
No. 17-CV-7150 (PAC) (KHP)

Your Honor:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendants New York City Department of Education ("DOE") and DOE Chancellor David C. Banks in the above-referenced matter, in which Plaintiffs, parents on behalf of three students, allege that their rights were violated due to alleged systemic delays in providing coordinated nursing, transportation, and porter services.

I write to respectfully request an extension of time, from October 11, 2023 until October 17, 2023, for the parties to submit their Settlement Conference Summary Report and pre-conference submissions, in advance of the settlement conference scheduled for October 18, 2023, at 10:00 a.m. I apologize to the Court for the lateness of this request in light of Your Honor's Individual Rules of Practice. Plaintiffs consent to this request, and this is the first request for an extension.

The reason for the requested enlargement is due to professional obligations in this and other matters, primarily consisting of drafting Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion in this matter, which is due to be filed later this week on October 13, 2023. The brief extension of time will enable me to complete the pre-conference submissions.

I thank the Court for its consideration of the within request.

Respectfully submitted,

/s/
Philip S. Frank
Assistant Corporation Counsel

cc:   All counsel (via ECF)