```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                        Plaintiffs,

       -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                     Defendants.

-----------------------------------------------------------------X

**17-CV-7150 (PAC) (KHP)**

**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A settlement status telephone conference in this matter is hereby scheduled for **Friday, December 1, 2023, at 11:00 a.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

       SO ORDERED.

DATED:    New York, New York
              November 30, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge