USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                                Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                Defendants.

-----------------------------------------------------------------X

**17-CV-7150 (PAC) (KHP)**

**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement status telephone conference in this matter is scheduled for **Monday, December 11, 2023, at 12:00 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**. The Court will separately circulate a security code to access the conference line.

        SO ORDERED.

DATED:       New York, New York
                 December 7, 2023

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge