**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/19/2023

**17-CV-7150 (PAC) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement status telephone conference in this matter is scheduled for **Thursday,**

**December 21, 2023, at 10:00 a.m.**  At the scheduled time, counsel for the parties shall dial the

Court's conference line at **866-434-5269, Access Code 4858267**.  The Court will separately

circulate a security code to access the conference line.

**SO ORDERED.**

DATED:      New York, New York
            December 19, 2023

_Katharine H. Parker_____

KATHARINE H. PARKER
United States Magistrate Judge