USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
J.L., on behalf of J.P., et al.,

                              Plaintiffs,

                      -against-                                  **17-CV-7150 (PAC) (KHP)**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,                                        **ORDER**

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties are directed to file a joint letter with the Court by **Thursday, December 28, 2023** stating whether, as a result of a partial settlement of any claims in this action, including a settlement as to any individual Plaintiff's claims, any party withdraws any argument(s) from its motion for summary judgment.

       Additionally, the parties shall meet and confer to discuss whether they consent pursuant to 28 U.S.C. § 636(c) to the Undersigned's jurisdiction to decide the cross motions for summary judgment. If the parties so consent, the Undersigned will issue an Opinion and Order on the motions rather than a Report and Recommendation. If all parties consent, they shall complete the Consent Form For a Specific Motion, available at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion,

and file such form with the Court no later than **December 28, 2023**.

This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions before a District Judge, but is merely an attempt at reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:	New York, New York
	December 21, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge