

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PHILIP S. FRANK
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

February 14, 2024

**By ECF**
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *J.L. v. NYC Dep't of Education.*,
No. 17-CV-7150 (PAC) (KHP)

Your Honor:

    I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendants New York City Department of Education ("DOE") and DOE Chancellor David C. Banks in the above-referenced matter, in which Plaintiffs, parents on behalf of two students, allege that their rights were violated due to alleged systemic delays in providing coordinated nursing, transportation, and porter services.

    I write to respectfully request a brief, two-business-day extension of time, from February 16, 2024 until February 21, 2024, for the parties to submit their Objections to the Report and Recommendation on the Cross-Motions for Summary Judgment dated January 26, 2024 (ECF No. 322) ("R & R").

    By Order dated February 1, 2024 (ECF No. 324), the Court granted Plaintiffs' request for a one-week extension of time for the parties to file objections to the R & R. Plaintiffs do not object to the instant request, and this is Defendants' first request for such an extension.

    The reason for the requested enlargement is that I was out sick for the majority of last week, and, as such, I require additional time to finalize Defendants' motion papers.

I thank the Court for its consideration of the within request.

Respectfully submitted,

/s/
_____
Philip S. Frank
Assistant Corporation Counsel

cc: All counsel (via ECF)

---

The requested extension is GRANTED. The parties may file their Objections by February 21, 2024.

*[signature]*

February 20, 2024                    SO ORDERED.

---