```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv7150(DLC)
J.L., on behalf of J.P., et al.,        :
                                        :        ORDER
                        Plaintiffs,     :
            -v-                         :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
et al.,                                 :
                                        :
                        Defendants.     :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order adopting in part Magistrate Judge Parker's January 26, 2024 Report and Recommendations on the parties' cross-motions for partial summary judgment was issued on May 24, 2024. Accordingly, it is hereby

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Parker prior to **May 31, 2024** in order to schedule settlement discussions under her supervision.

IT IS FURTHER ORDERED that the parties' joint pretrial order must be filed by **July 26, 2024**.

> As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

IT IS FURTHER ORDERED that this case is placed on the **September** trial ready calendar. The parties must be ready to

proceed on 24 hours' notice. The parties may contact the Deputy Clerk, Jared Whertvine, to learn where this case stands on the calendar.

Dated:    New York, New York
          May 24, 2024

                              _____
                                    DENISE COTE
                              United States District Judge