

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

September 26, 2024

Granted.

*/s/ Denise Cote*

September 27, 2024

**VIA ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *J.L. v. NYC Dep't of Education.*, 17-CV-7150 (DLC)

Dear Judge Cote:

    I am the Special Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant New York City Department of Education ("DOE") in the above-referenced matter, in which Plaintiffs, parents on behalf of two students, allege that their rights were violated due to alleged systemic delays in providing coordinated nursing and transportation services.

    I write respectfully and on behalf of the parties pursuant to the Court's September 23, 2024 Order (ECF No. 346) to request a further one-week extension of the parties' time to file a proposed settlement of all issues but for attorney's fees, from September 27 to October 4. The parties apologize for the lateness of this request (having not complied with Your Honor's 48 hours rule) and the inconvenience to the Court. Since the parties' last request, the parties have continued to confer regarding the terms of the proposed stipulation, but require additional time to finalize. Should the parties be unable to agree upon a proposed stipulation by October 4, the parties propose requesting by that same date a conference before Magistrate Judge Parker to discuss the terms of the proposed stipulation.

    Accordingly, the parties respectfully request that the Court allow the parties until October 4 to submit a proposed settlement of all remaining issues but for attorney's fees, or otherwise request a conference before Judge Parker to discuss the terms of the stipulation.

    Thank you for considering this request.

Respectfully submitted,
/s/
Lauren Howland, Esq.
 Special Assistant Corporation Counsel

cc:    All Counsel of record (via ECF)