# GT GreenbergTraurig

Caroline J. Heller
Tel 212.801.2165
Fax 212.805.9488
Caroline.Heller@gtlaw.com

November 13, 2024

> The motion for fees shall be filed no later than November 22. Any opposition is due December 13. The reply is due December 20.
>
> Denise Cote
> 11/13/24

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *J.L., et al. v. NYC Dep't of Education, et al.*, No. 17-CV-7150 (DLC) (KHP)

Dear Judge Cote:

We represent the Plaintiffs in the above-captioned action with co-counsel Advocates for Children of New York. We write to update the Court on the status of the parties' settlement and Plaintiffs' motion for attorneys' fees, and to request additional time to file Plaintiffs' motion for attorneys' fees.

In an order dated August 16, 2024, this Court ordered that a proposed settlement of all issues but for attorney's fees was due September 27, 2024, and that Plaintiffs' motion for attorneys' fees was due November 8, 2024. (ECF. No. 344.) In a letter motion dated September 26, 2024, the parties informed the Court that they were attempting to resolve outstanding issues and requested additional time to finalize the settlement, which the Court granted. (ECF Nos. 347, 348). On October 3, 2024, the parties informed the Court that they had reached an impasse on a few issues concerning the settlement agreement and requested a settlement conference to address the outstanding issues. (ECF No. 349). Judge Parker scheduled a settlement conference for November 20, 2024 at 2:00 pm. (ECF No. 350).

Regarding Plaintiffs' request for attorneys' fees, Plaintiffs made a demand to Defendants on July 29, 2024. On August 21 and 22, 2024, Plaintiffs provided Defendants with their time records and timekeeper information in support of their demand. To date, Defendants have not made a counteroffer. Notably, Plaintiffs' original demand does not include time spent attempting to settle the case. Accordingly, Plaintiffs respectfully request that the time for them to file a motion for attorneys' fees be extended to January 10, 2025. This will provide the parties an opportunity to finalize the settlement agreement and attempt to resolve Plaintiffs' request for attorneys' fees without motion practice.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

Hon. Denise L. Cote
November 13, 2024
Page 2

Finally, Plaintiffs apologize to the Court for their delay in updating the Court on the status of settlement and in making this request.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:     /s/ Caroline J. Heller
       Caroline J. Heller
       One Vanderbilt Ave
       New York, New York 10017
       Tel: (212) 801-9200
       Fax: (212) 805-6400
       Caroline.Heller@gtlaw.com
       *Attorneys for Plaintiffs*