```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

J.L., on behalf of J.P., et al.,

                              Plaintiffs,                  **17-CV-7150 (WHP) (KHP)**

       -against-                                    **ORDER ON MOTION TO SEAL**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 20, 2024, the parties filed a letter motion to seal, seeking to redact the names of parents/plaintiffs contained in the proposed stipulation of settlement for all claims except attorneys' fees and costs (the "Proposed Stipulation"). (ECF No. 365.) The Court has reviewed the parties' filings and finds that the Proposed Stipulation contains personal and potentially sensitive information, and therefore redacting such documents is consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiffs' Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 365.**

**SO ORDERED.**

DATED: New York, New York
December 26, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge